ROBERT J. YORIO (SBN 93178)
CHRISTINE S. WATSON (SBN 218006)
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444
Email Address:  yorio@carrferrell.com
Email Address:  cwatson@carrferrell.com

Attorneys for Respondent
CREAGRI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BU8 SDN. BHD.<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>CREAGRI, INC.<br><br>　　　　　　Respondent. | CASE NO. 3:14-CV-04503 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD** |

　　　　WHEREAS Petitioner BU8 SDN. BHD. ("Petitioner") filed its Petition to Confirm Arbitration Award on October 8, 2014 ("Petition") and served the Petition on Respondent CREAGRI, INC. ("Respondent") on October 15, 2014;

　　　　WHEREAS the deadline to answer or otherwise respond to the Petition is November 5, 2014;

　　　　WHEREAS Petitioner and Respondent have agreed and stipulated to an extension of the time for Respondent to answer or otherwise respond to the Petition for fourteen (14) days after the November 5, 2014 deadline;

　　　　WHEREAS the extended deadline will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between Petitioner and Respondent, that the time by which Respondent must answer or otherwise respond to the Petition in the above captioned matter is extended to and through November 19, 2014.

Dated: November 5, 2014                     CARR & FERRELL LLP


By  /s/ Robert J. Yorio
    ROBERT J. YORIO
    CHRISTINE S. WATSON

Attorneys for Respondent
CREAGRI, INC.


LOCKE & LORD LLP


By  /s/ Patricia A. Musitano
    PATRICIA A. MUSITANO
    STEPHEN A. TUGGY

Attorneys for Petitioner
BU8 SDN. BHD.

## [~~PROPOSED~~] ORDER

Having considered the Joint Stipulation regarding the parties' agreement to allow Respondent CREAGRI, INC., an additional fourteen (14) days to respond to Petitioner BU8 SND. BHD.'s Petition to Confirm Arbitration Award, the Court hereby orders that the deadline for Respondent CREAGRI, INC. to answer or otherwise respond to the Petition to Confirm Arbitration Award is extended to November 19, 2014.

**IT IS SO ORDERED.**

Dated: 11/7/14                _____
    Honorable
    UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*