United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BU8 SDN. BHD, *et al.* | No. C-14-4503 EMC |
| Petitioner and Counter-Defendants, | |
| v. | **ORDER GRANTING RESPONDENT CREAGRI, INC.'S ADMINISTRATIVE MOTION TO CHANGE SCHEDULE** |
| CREAGRI, INC., | |
| Respondent and Counter-Claimant. | **(Docket No. 20)** |

On December 19, 2014, CreAgri Inc., filed an administrative motion to change the schedule in this case, and specifically to obtain a continuance of the briefing and hearing deadlines associated with Petitioner BU8 SDN. BHD's (BU8) pending Motion to Strike CreAgri's Pleadings, to Dismiss its Counterclaims, and to Confirm the Arbitration Award and Award Fees and Costs. *See* Docket No. 20. BU8's motion is currently set for hearing on January 15, 2015. *See* Docket No. 15. CreAgri's opposition is currently due on December 29, 2014. BU8 filed its opposition to the administrative motion to continue deadlines on December 23, 2014. *See* Docket No. 23.

The Court hereby **GRANTS** CreAgri's request to move the hearing set for January 15 to February 12, 2015. The Court also **GRANTS** in part CreAgri's request to change the current briefing schedule. CreAgri's opposition brief is now due January 15, 2015.

///
///
///
///

1  BU8's optional reply brief is due January 26, 2015.  Counsel for CreAgri are advised that no further
2  requests for a continuance will be entertained.
3      This order disposes of Docket No. 20.

5      IT IS SO ORDERED.

7  Dated:  December 24, 2014

                                                _____
                                                EDWARD M. CHEN
                                                United States District Judge

**United States District Court**
For the Northern District of California