**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BU8 SDN. BHD, *et al.* | No. C-14-4503 EMC |
| Petitioner and Counter-Defendants, | |
| v. | **ORDER REGARDING CREAGRI'S VIOLATION OF N.D. CAL. LOCAL RULE 7-3(a)** |
| CREAGRI, INC., | |
| Respondent and Counter-Claimant. | |
| _____ | |

On December 11, 2014, Petitioner BU8 filed a (singular) motion with this Court to confirm a foreign arbitration award it obtained against Respondent Creagri, Inc., and to strike all of Creagri's defenses and counterclaims from Creagri's responsive pleading. Docket No. 15. On January 15, 2015, Respondent Creagri filed two separate opposition briefs, one responding to BU8's arguments with respect to confirming the foreign arbitration award, and the other responding to BU8's arguments regarding Creagri's pleaded defenses. Docket Nos. 26 and 27.

This Court's Local Rules provide that a party may file *one* opposition to "a [singular] motion" and that any "such brief or memorandum may not exceed 25 pages of text." N.D. Cal. Local Rule 7-3(a). Here, Creagri filed two separate oppositions, totaling 31 pages of substantive text. Creagri's filings violate the Local Rules. BU8 filed one motion, thus Creagri was entitled to file only one opposition brief, not to exceed 25 pages of text. *Id.*

///

///

///

Consequently, the Court will permit BU8 to file its (one) reply brief with an excess six pages of text over the proscribed limit. *See* Local Rule 7-3(c) (providing that a reply brief "may not exceed 15 pages of text"). Put simply, BU8's reply brief may contain 21 pages of substantive text.

    IT IS SO ORDERED.

Dated: January 20, 2015

_____
EDWARD M. CHEN
United States District Judge