UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BU8 SDN. BHD., | No. C-14-4503-EMC |
| Petitioner, | |
| v. | **SUPPLEMENTAL BRIEFING ORDER** |
| CREAGRI, INC., | |
| Respondent. | |

On April 3, 2015, CreAgri filed a motion to alter or amend this Court's final judgment under Federal Rules of Civil Procedure 52(b), 59(e) or 60(a). Docket No. 44. The motion is currently set for hearing on May 14, 2015. The Court hereby **VACATES** the May 14 hearing date. The Court concludes that the matter is appropriate for resolution on the papers, and will issue an Order on the merits in due course.

In its opposition to CreAgri's motion, BU8 requests that the Court award it attorneys' fees and costs. *See* Docket No. 45 at 10. BU8 is hereby **ORDERED** to file appropriate supplemental documentation in support of its fees request. Specifically, BU8 shall provide the Court with appropriate documentation to show the amount of work performed, and fees charged for, opposing

///
///
///
///

CreAgri's motion to alter or amend. BU8 shall file the necessary materials no later than Friday, May 8, 2015.

IT IS SO ORDERED.

Dated: May 1, 2015

_____
EDWARD M. CHEN
United States District Judge

2